Argued and submitted April 3, petition for review dismissed as moot April 19, 1991

# JERROLD S. FLEMMING,
*Petitioner on Review,*

*v.*

# Carl ZENON,
*Respondent on Review.*

## (CC 89-C-10497; CA A64327; SC S37642)

809 P2d 103

Hari Nam S. Khalsa, Deputy Public Defender, Salem, argued the cause and filed the petition for petitioner on review.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent on review.

## MEMORANDUM OPINION

After the petition for review was filed, the defendant granted the plaintiff the relief sought in this habeas corpus proceeding. Accordingly, the petition for review is dismissed as moot.